# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2542 | Martin.Bell@stblaw.com |

BY ECF                                                    March 3, 2025

Re:    *United States v. Jose Rivera,* 25 Cr. 72 (CBA)

The Honorable Carol Bagley Amon
United States District Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Amon:

      I represent defendant Jose Rivera in the above referenced action, pursuant to appointment by the duty magistrate last Friday. I write in order to seek an adjournment of the initial conference scheduled for March 7, 2025 or, in the alternative, for permission to have Andrew Marrero, an associate at my law firm, appear in my absence.

      I will be out of town on Friday morning, as will my partner, Mark Stein, who is assisting with the representation. Mr. Marrero will be available to cover at the time scheduled, and we believe that he can stand in for us perfectly well, but we want to confirm that this standing in would be acceptable to the Court, as Mr. Stein and I carry the CJA appointment for the team.

Respectfully Submitted,

/s/ *Martin S. Bell*

Martin S. Bell
Mark Stein
Andrew W. Marrero